JOHN SPALDING, respondent,

*v.*

CYRIL S. STEELMAN et al., appellants.

[Decided April 27th, 1933.]

*Mr. Enoch A. Higbee, Jr.,* for the respondent.

*Mr. John C. Reed,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *111 N. J. Eq. 1.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.